E-FILED
Thursday, 31 August, 2006  03:25:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DOROTHY EGENBERGER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, ) <br> ) <br> Respondent. ) | Case No. 06-1225 |

## O R D E R

Before the Court is Dorothy J. Egenberger's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. # 1]. According to Egenberger's trust fund ledger, as of August 28, 2006, she had a $80.18 balance in her account. The Court finds Egenberger has adequate funds to pay the nominal $5.00 filing fee. Thus, her Application is DENIED. Egenberger has 30 days to pay the required fee or the case will be dismissed.

ENTERED this <u>31st</u> day of August, 2006.

s/ Joe B. McDade<br>
JOE BILLY McDADE<br>
United States District Judge