E-FILED
Friday, 06 October, 2006 03:00:59 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Dorothy Egenberger**

vs.

Case Number: **06-1225**

**Federal Bureau of Prisons**

**DECISION BY THE COURT.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. section 2241 is Denied.

ENTER this 5th day of October

JOHN M. WATERS, CLERK

S. Marvel
BY: DEPUTY CLERK

06-1225 JGM.wpd